IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 DEC 10 P 2: 45

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| JEFFREY EARL HAMILTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 321-051 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion, **DISMISSES AS MOOT** the petition filed pursuant to 28 U.S.C. § 2241, and

**CLOSES** this civil action.

SO ORDERED this _____ day of December, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE